

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-14-00044-CV

MICHAEL MCKINLEY, Appellant

V.

VICTORIA ESCOCHEA, Appellee

Appeal from the 312th District Court of Harris County.   (Tr. Ct. No. 1999-51797).

This case is an appeal from the final judgment signed by the trial court on September 20, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.

The Court orders that the appellant, Michael McKinley, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 10, 2015.

Panel consists of Chief Justice Radack and Justices Brown and Lloyd. Opinion delivered by Chief Justice Radack.